```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 15835
   EXELINE ELLIOTT
                                               CHAPTER 13

                                               JUDGE: A BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-5605

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/22/2004 and was confirmed 07/13/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/29/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG   39372.33             .00         39372.33
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE   26568.16             .00         21465.49
CONSUMERS DIGEST         UNSECURED       NOT FILED            .00              .00
EVANSTON NORTHWESTERN HE UNSECURED       NOT FILED            .00              .00
PUBLISHERS CLEARING HOUS UNSECURED       NOT FILED            .00              .00
READERS DIGEST           UNSECURED       NOT FILED            .00              .00
TEEN                     UNSECURED       NOT FILED            .00              .00
TIME BOOKS               UNSECURED       NOT FILED            .00              .00
COUNTRYWIDE HOME LOANS   COST OF COLLE     550.00             .00              .00
JOHN D IOAKIMIDIS        DEBTOR ATTY     1,154.00                         1,154.00
TOM VAUGHN               TRUSTEE                                          3,598.08
DEBTOR REFUND            REFUND                                                .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             65,589.90

PRIORITY                                        .00
SECURED                                   60,837.82
UNSECURED                                       .00
ADMINISTRATIVE                             1,154.00
TRUSTEE COMPENSATION                       3,598.08
DEBTOR REFUND                                   .00
                    ---------------      ---------------
TOTALS              65,589.90             65,589.90
```

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 15835 EXELINE ELLIOTT

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                          /s/ Tom Vaughn  
Dated: 04/23/08                   _____  
                                        TOM VAUGHN  
                                        CHAPTER 13 TRUSTEE